BENJAMIN B. WAGNER
United States Attorney
OLUSERE OLOWOYEYE
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

**FILED**

JAN 14 2015

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
          DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>    v.<br><br>SIMON LUA,<br><br>                Defendant. | CASE NO. 2:14-MJ-00303 DAD<br><br>STIPULATION AND [PROPOSED] ORDER TO CONTINUE PRELIMINARY HEARING<br><br>DATE: January 20, 2015<br>TIME: 2:00 p.m.<br>COURT: Hon. Edmund F. Brennan |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for preliminary hearing on January 20, 2015.

2. By this stipulation, the parties now move to continue the preliminary hearing until February 5, 2015.

3. The parties agree and stipulate, and request that the Court find the following:

    a) The government has represented that the discovery associated with this case includes investigative reports and a RAP sheet of the defendant. All of this discovery has been either produced directly to counsel and/or made available for inspection and copying.

    b) Counsel for defendant desires additional time for defense counsel to review the discovery with his client, investigate the potential sentencing guideline variables, and discuss

potential resolution with his client.

  c)  Daniel Dorfman, counsel for the defense is currently engaged in a homicide trial.

  d)  Both parties are actively investigating the defendant's criminal history and the potential sentencing applications of that history for potential pre-trial resolution.

  e)  Counsel for defendant believes that failure to grant the above-requested continuance would deny him/her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

  f)  The government does not object to the continuance.

  g)  Based on the above-stated findings and pursuant to Fed.R.Crim.Pro 5.1(c) and (d), there is good cause for the requested extension.

  h)  Each party further stipulates that the ends of justice served by granting such a continuance outweigh the best interest of the public and the defendant in a speedy filing of an Indictment and also outweighs the public's interest in the prompt disposition of criminal cases.

//
//
//
//
//
//
//
//
//
//
//
//
//
//
//

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: January 14, 2015

BENJAMIN B. WAGNER
United States Attorney

/s/ OLUSERE OLOWOYEYE
OLUSERE OLOWOYEYE
Assistant United States Attorney

Dated: January 14, 2015

/s/ DANIEL DORFMAN
DANIEL DORFMAN
Counsel for Defendant
SIMON LUA

### [PROPOSED] FINDINGS AND ORDER

IT IS SO FOUND AND ORDERED this 14th day of January, 2015.

THE HONORABLE EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE