PHILLIP A. TALBERT
Acting United States Attorney
ROGER YANG
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:15-CR-030 KJM |
| Plaintiff/Respondent, | ORDER RE: GOVERNMENT'S MOTION FOR EXTENSION OF TIME |
| v. | |
| SIMON LUA, | COURT: Hon. Kimberly J. Mueller |
| Defendant/Petitioner. | |

Before the Court is the government's motion for an extension of time. *See* ECF 24 ("the Motion"). For good cause shown, the Motion is **GRANTED**. It is therefore **ORDERED** that the government shall file its response to the 28 U.S.C. § 2255 Petition filed by Simon Lua (*see* ECF 20) no later than August 29, 2016. Petitioner then file a reply no later than 14 days after the government's response. The court will then take the Petition under submission and will inform the parties if oral argument or further proceedings are necessary.

DATED:  August 5, 2016.

_____
UNITED STATES DISTRICT JUDGE